Date: 03/30/11    DIVIDENDS REMITTED TO THE COURT    R #15-2144    Page:

Case Number 10-12694 - SKORUPA, ROBERT W.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Figi's Inc.<br>Attn: Recovery Operations<br>P.O. Box 7713<br>Marshfield, WI 54449-7713 | 000018 | 178.94 CW. #1018 | 4.20 |
| **Remittance Total** | | **178.94** | **4.20** |

*signature*
MARY ANN RABIN, Trustee

FILED 11 APR -1 AM 11:45
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND